FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN PAUL MURRAY,<br><br>Defendant. | No. 2:17-CR-00198-SMJ<br><br>ORDER ADOPTING THE PARTIES' STIPULATION RE: COMPUTER FORENSIC REVIEW PROCEDURES |

Before the Court, without oral argument, are the parties' Stipulation re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 25, and related Motion to Expedite, ECF No. 26. The parties have agreed to specific computer forensic procedures in accordance with 18 U.S.C. § 3509(m). The Court has reviewed the proposed stipulation, ECF No. 25, and finds good cause to adopt the stipulation.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 25, is **ADOPTED.**

**2.** The parties' Motion to Expedite, ECF No. 26, is **GRANTED.**

ORDER **-** 1

1    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

2    provide copies to all counsel.

3    **DATED** this 27th day of December 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2