✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 20, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Murray, Stephen Paul | Docket No. | 0980 2:17CR00198-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Stephen Paul Murray, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 9th day of November 2017 under the following conditions:

**Special Condition #22**:  Defendant shall not possess or access pornography in any form, electronic or otherwise.  Defendant shall not have access to the internet, including but not limited to cell phones with internet access.  Should Defendant obtain employment involving the use of computers or other digital devices, this condition may be revisited.

On November 13, 2017, the undersigned met with Mr. Murray, read the release conditions to him and provided a copy of them. Mr. Murray signed a form agreeing that he would follow all release conditions imposed by the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**:  Stephen Paul Murray violated the conditions of his pretrial supervision by being in possession of a cellular smart phone device which was connected to the internet.  Mr. Murray had used that device to access pornography as recently as July 17, 2018.  The defendant admitted to the probation officer that he had accessed the internet and accessed pornography.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    July 20, 2018

by    s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

PS-8

**Re: Murray, Stephen Paul**
**July 20, 2018**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[ X]    The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[  ]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

7/20/2018
_____
Date